# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**RECEIVED**

JAN 10 2025

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Stefannie Dyson

Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s)
and prisoner number(s) in this action.)

vs. Cook County Sheriff Department, Cook County Circuit Court Juvenile Justice Judge Bob/Robert Balanoff, Cook County Circuit Court Juvenile Justice Child Protection Division, Joseph Bellettiere Executive Director of Cook County Sheriff Department, Cristina Borjon Supervisor of Cook County Court Coordinator, Cook County Circuit Court Judge O'Malley, Illinois Department of Children and Family Services

Case No. 25-cv-123-NEB/DTS
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓   NO ___

Defendant(s).

(Enter the full name(s) of ALL defendants in
this action. Please attach additional sheets
if necessary).

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
## 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved



in this action or otherwise relating to your imprisonment in the last three years?

☑ Yes

☐ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

    1. Parties to the previous lawsuit:

        Plaintiffs: Stefannie Dyson

        Defendants: Cook County Sheriff Department et al

    2. Court (If federal court, name the district. If state court, name the state and county.): United States District Court of Northern Illinois

    3. Case Number: 1:24 cv 11636

    4. Name of judge assigned to the case:

    5. Cause of action (Cite the statute under which you filed and write a brief statement of the case): 1983 Civil Rights Deprivation of Rights Under the Color of law

    6. Disposition or final determination of the case (for example, dismissed or appealed). Terminated Never Filed

    7. Approximate date of filing the lawsuit: 11/14/24

    8. Approximate date of disposition or final determination of the lawsuit:

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***



**If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).**
**Check here if additional sheets of paper are attached.** ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

☐ Yes               N/A

☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

☐ Yes               N/A

☐ No

C. If you answered "yes" to question II.B.:
   1. What steps did you take:

                       N/A

   2. What was the result?

***Attach a copy of the decision or disposition received from the prisoner grievance procedure.****

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

                       N/A

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.   Name of Plaintiff:

     Prisoner Number        N/A  See attached

     Address

3

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B.    Name:

Official Position:

Employer's Address:

Additional Defendants:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A.    *See Attached Complaint*

4

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes.

*See attached Complaint*

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this 10th day of January, 20 25

Signature(s) of Plaintiff(s) *By. Dyson, Stefannie*

_____

_____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5

Defendants List

1) Cook County Sheriff Department
   50 W Washington St
   Chicago Il 60602

2) Cook County Circuit Court Judge Bob/Robert Balanoff
   1100 S Hamilton St
   Chicago IL 60612

3) Cook County Sheriff Executive Director Joseph Bellettiere
   50 W Washington St
   Chicago Il 60602

4) Cristina Borjon Supervisor of Cook County Court Coordinator
   1100 S Hamilton St
   Chicago IL 60612

5) Cook County Circuit Court Juvenile Justice Child Protection Division
   1100 S Hamilton St
   Chicago IL 60612

6) Judge O'Malley John/Jane Doe Cook County Circuit Court Judge
   1100 S Hamilton St
   Chicago IL 60612

7) Illinois Department of Children and Family Services
   15115 Dixie Hwy
   Harvey IL 60426

RECEIVED
JAN 10 2025
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
JAN 10 2025 LT
U.S. DISTRICT COURT MPLS